AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA
V.
MAURICE GIBSON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 1:05-mj-0046

FILED
20 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 27, 2004 (Date) in Mercer County, in the Southern District of West Virginia defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly and intentionally distribute a quantity of cocaine, also known as "coke," a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) .

I further state that I am a(n) a Special Agent with the DEA (Official Title) and that this complaint is based on the following facts:

On or about October 27, 2004, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, a cooperating individual ("CI") working with the DEA and the Southern Regional Drug and Violent Crime Task Force made a controlled buy from defendant MAURICE GIBSON. The controlled buy was audio taped and video taped. DEA Mid-Atlantic Regional Laboratory tested the substance, and it tested positive for cocaine.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

[signature]
Signature of Complainant

DEA Special Agent, E. H. Kennedy
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 20, 2005 at Huntington, West Virginia
Date City and State

Maurice G. Taylor, Jr., U.S. Magistrate Judge
Name and Title of Judge

[signature]
Signature of Judge